UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALL ABOUT EQUITY AND INVENTMENTS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-01378 |
| WELLS FARGO BANK, N.A.; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | § § § § § | |
| *Defendants.* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff All About Equity and investments, LLC ("Plaintiff"), Defendant Wells Fargo Bank, N.A., and Defendant Mortgage Electronic Registration Systems, Inc. (together, "Defendants") (collectively, the "Parties"), file this *Joint Motion to Dismiss With Prejudice*, and respectfully show the Court as follows:

1. The Parties have settled all disputes between them. Accordingly, Plaintiff requests the immediate dismissal with prejudice of all of its claims against Defendants.

2. Defendants do not oppose the dismissal with prejudice of all of Plaintiff's claims against them.

3. This joint motion is made voluntarily and freely, without any coercion or duress in any manner, and prepared jointly by the Parties.

WHEREFORE, the Parties respectfully request dismissal of all of Plaintiff's claims against Defendants in this lawsuit with prejudice, with each party to bear his/its own costs and expenses. A proposed Order granting this relief is filed herewith.

Respectfully submitted,

*/s/ Jeffrey C. Jackson*
**Jeffrey C. Jackson**
jeff@jjacksonllp.com
Texas Bar No. 24065485
S.D. Bar No. 1024221
**Charles "Danny" Brooks**
danny@jjacksonllp.com
Texas Bar No. 24126064
S. D. Bar No. 3725319
JEFFREY JACKSON & ASSOCIATES, PLLC
2500 E. TC Jester Blvd., Suite 285
Houston, TX 77008
Telephone: (713) 861-8833

**ATTORNEY FOR PLAINTIFF**

*/s/ B. David L. Foster*
**B. David L. Foster**
*Attorney-in-Charge*
Texas Bar No. 24031555
S.D. Bar No. 35961
dfoster@lockelord.com
LOCKE LORD LLP
300 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

OF COUNSEL

**Robert T. Mowrey**
Texas Bar No. 14607500
S.D. Bar No. 9529
rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on this 4th day of August 2023 via the Court's electronic service on all counsel of record.

*/s/ B. David L. Foster*
*Attorney for Defendants*